UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | | |
|---|---|---|
| G&H DIVERSIFIED MANUFACTUING, LP, | : | |
| | : | |
| Plaintiff, | : | Court No. 22-00130 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

# **ORDER**

Upon reading defendant's motion for an extension of time to file its response to plaintiff's discovery motion; and upon other papers and proceedings had herein; it is hereby

ORDERED that defendant's motion be, and hereby is, granted; and it is further

ORDERED that defendant's response to plaintiff's discovery motion is due on or before January 23, 2026.

_____
JUDGE

Dated:   New York, NY
         This      day of            , 2026

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | | |
|---|---|---|
| G&H DIVERSIFIED MANUFACTUING, LP, | : | |
| | : | |
| Plaintiff, | : | Court No. 22-00130 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO EXTEND TIME

The United States, defendant (the Government), pursuant to Rules 6(b) and 7, Rules of the United States Court of International Trade, hereby moves this Court for an extension of time of fourteen (14) days to and including January 23, 2026, to file its response to plaintiff's Motion for Ruling on ule 30(b)(6) Deposition Notices Directed at Federal Agencies.  Defendant's response is due on January 9, 2026, and this is the first request for an extension of time for this purpose. Counsel for defendant emailed counsel for plaintiff to inquire as to plaintiff's position on the requested extension.  But, as of the filing of this motion, we have not been advised of plaintiff's position.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *See Mondiv, Division of Lassonde Specialties Inc. v. United States*, 16-00038, Dkt. 28 (*citing HighPoint Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013)).

Through its December 19, 2025 motion, plaintiff seeks the Court's position on its *seriatim* Rule 30(b)(6) deposition notices directed to the Government. Since that time, including the interruption of intervening holidays, counsel for the Government have been occupied with other work obligations and, as a result, require additional time to properly respond to the motion. For example, among other things, Ms. Farrell has been busy working on an appeal brief in *United States v. Aegis Security Insurance Co.*, Appeal No. 2025-2009 (Fed. Cir.), arranging for a Rule 30(b)(6) deposition of plaintiff in *Suprajit Controls v. United States*, Court No. 23-00181 (Ct. Int'l Trade); conferring with agency counsel to respond to document requests, interrogatories, and requests for admissions in *Melnor, Inc. v. United States*, Court No. 25-00052 (Ct. Int'l Trade); conferring with opposing counsel in three transferred affirmative matters; and providing advice to the agency on potential trade fraud penalty matters with impending deadlines.

Similarly, among other things, Ms. Powell's obligations include being responsible for the preparation of defendant's reply brief in further support of summary judgment and joint statement of material facts not in dispute in *Lanxess Corp. v. United States*, 23-00073; and preparing defendant's responsive pleadings in *Imaginings 3 Inc. v. United States*, 21-00403.

The requested extension of time is needed to allow undersigned counsel to complete the preparation of the Government's response to the motion, to obtain the necessary supervisory review, and to finalize the response for filing with the Court.

For these reasons, we respectfully request that the Court grant our motion for an extension of time.

WHEREFORE, defendant respectfully requests that its motion be granted.

                Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General

                PATRICIA M. McCARTHY
                Director

                JUSTIN R. MILLER
                Attorney-In-Charge
                International Trade Field Office

By:   /s/ Marcella Powell
       MARCELLA POWELL
       Senior Trial Counsel

       /s/ Beverly A. Farrell
       BEVELY A. FARRELL
       Senior Trial Attorney
       Civil Division, Dept. of Justice
       Commercial Litigation Branch
       26 Federal Plaza, Room 346
       New York, New York l0278
       Tel. No: (212) 264-9230
       Attorneys for Defendant

Dated: January 7, 2025