IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| **G&H DIVERSIFIED MANUFACTURING LP,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>*Defendant.* )<br>) | Court No. 22-00130 |

## OPPOSITION TO MOTION FOR EXTENSION OF TIME

Plaintiff G&H Diversified Manufacturing LP opposes Defendant's motion for extension of time (ECF 43) to respond to Plaintiff's Motion for Court Ruling (ECF 42), for the reasons stated herein.

First, Defendant's motion is improper because it fails to comply with the Court's rules. CIT Rule 7(b) requires consultation with respect to any motion for extension of time. Counsel for Plaintiff received an email from government counsel on January 7, Defendant did not consult, and Defendant's motion failed to include any mention of consultations or the results of such consultations as required by Rule 7(b).

Second, an extension of time in the context of the Scheduling Order entered in this case prejudices Plaintiff. The current fact discovery deadline is May 15, 2026. Plaintiff's Motion relates directly to discovery efforts that are time-constrained. Further delay in the briefing is likely to delay in the ruling that Plaintiff seeks. The

delay Defendant seeks therefore prejudices Plaintiff's efforts to complete discovery in a timely manner.

Third, Defendant raises only one issue in seeking the requested extension: that the lawyers assigned to this case have other work. Under CIT Rule 6(b), an extension requires a showing of "good cause," which must relate to the needs and circumstances of the case at hand, not other cases counsel may be working on. Obligations of other cases, rather than the case at hand, are not sufficient to show "good cause"[1] and should not be accepted in this situation, due to the prejudicial effect on discovery in this case.

For these reasons, Plaintiff respectfully urges this Court to deny Defendant's motion.

                                                          Respectfully submitted,

January 8, 2026                              /s/ Lewis E. Leibowitz
                                                    *The Law Office of Lewis E. Leibowitz*
                                                    5335 Wisconsin Ave., N.W., Suite 440
                                                    Washington, DC 20015
                                                    Telephone No.: (202) 617-2675
                                                    Email: lewis.leibowitz@lellawoffice.com

                                                    *Attorney for Plaintiff*

---

[1] "In my view, counsel's overextended caseload is not 'good cause shown,' unless it is the result of events unforeseen and uncontrollable by both counsel and client. That is not so here. Like any other litigant, the State of Mississippi must choose between hiring more attorneys and taking fewer appeals." *Mississippi v. Turner*, 498 U.S. 1306 (1991) (Scalia, J.)